UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GENWORTH LIFE AND HEALTH INSURANCE CO., etc., <br>     Plaintiff, <br>  vs. <br> BRYAN SANDERS, <br>     Defendant. | CASE NO. 1:07CV413 <br><br> JUDGE CHRISTOPHER A. BOYKO <br><br> DEFAULT JUDGMENT |

**CHRISTOPHER A. BOYKO, J.**:

  This matter comes before the Court upon the Plaintiff's Motion (ECF DKT #6) for Judgment by Default. Defendant Bryan Sanders was served with the Complaint on February 14, 2007, and he has failed to answer or otherwise respond. Default has been entered in the civil docket by the Clerk of Court. Defendant is not in the military service; nor is he an infant or incompetent person.

  Therefore, default judgment is entered in favor of Plaintiff Genworth Life and Health Insurance Company and against Defendant Bryan Sanders in the amount of Twenty Thousand Seven Hundred Ninety-Eight Dollars ($20,798.00), plus attorney's fees and expenses of One Thousand Six Hundred Thirty-Seven Dollars and Seventy-Seven Cents ( $1,637.77), interest and costs.

  IT IS SO ORDERED.

DATE: 6/5/07

_Christopher A. Boyko_
CHRISTOPHER A. BOYKO
United States District Judge

FILED
JUN 05 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND